FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 23, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JONATHAN A. SUTTER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GLOBAL EQUITY FINANCE, INC., a foreign corporation; and ROY KOLDARO, an individual,<br><br>Defendants. | No. 2:22-CV-00105-MKD<br><br>ORDER DISMISSING CASE WITH PREJUDICE<br><br>**ECF No. 48** |

    Before the Court is the parties' Stipulated Motion to Dismiss with Prejudice, ECF No. 48. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and LCivR 41(a)(1)(B), a plaintiff may dismiss an action without court order by filing a stipulated motion to dismiss signed by all parties who have appeared. The parties stipulate and agree to the dismissal of this action in its entirety with prejudice, each party to bear their own attorney's fees and costs. The motion is signed by all parties who have appeared.

ORDER - 1

Accordingly, **IT IS ORDERED:**

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' stipulated motion, **ECF No. 48**, all claims are **DISMISSED with prejudice**, without an award of fees or costs.

2. Any pending motions are **DENIED as moot**.

3. All hearings and other deadlines are **STRICKEN**.

**IT IS SO ORDERED.** The District Court Executive is directed to file this Order, provide copies to counsel, and **CLOSE** the file.

DATED August 23, 2023.

<u>s/Mary K. Dimke</u>
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2